IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:13-CV-143-MR-DLH

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Interpleader Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| KENYA T. EDWARDS, II; K.d.E., a a minor; K.m.E., a minor; K.r.E., a minor; TACHA IKARD, solely as natural guardian of K.d.E., K.m.E. and K.r.E, minors; K.a.E., a minor; K.h.E., a minor; and MONIQUE CHILDS, solely as natural guardian of K.a.E. and K.h.E., minors, ) ) ) ) ) ) ) ) ) ) | |
| Claimant Defendants. ) _____) | |

**THIS MATTER** is before the Court on the Notice [Doc. 12] of Plaintiff advising that Plaintiff has disbursed the settlement proceeds in accordance with the Court's Orders entered January 16, 2014. [Docs. 10; 11].

**IT IS, THEREFORE, ORDERED** that this matter is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Signed: February 10, 2014

Martin Reidinger
United States District Judge