# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| The Prudential Insurance Company of America, | ) ) ) | JUDGMENT IN CASE |
| Interpleader Plaintiff, | ) ) | 1:13-cv-00143-MR-DLH |
| vs. | ) ) | |
| Kenya T. Edwards II, et al, | ) ) | |
| Claimant Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2014 Order.

February 10, 2014

Frank G. Johns, Clerk
United States District Court